UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| IN RE: | |
| MITCHUM, RICKEY E. ) | CASE NO.: 16-41002-JRR |
| , DEBTOR ) | CHAPTER 13 |
| ) | |
| SSN: XXX-XX-6229  EIN: N/A ) | |
| ) | |
| MITCHUM, SHIRLEY R. ) | |
| , DEBTOR ) | |
| ) | |
| SSN: XXX-XX-0303  EIN: N/A ) | |
| ) | |
| LINDA B. GORE, ) | |
| TRUSTEE ) | |

**OBJECTION TO CLAIM**

COMES NOW the Debtor(s), Rickey E. Mitchum and Shirley R. Mitchum by and through their attorney of record, Gregory S. Graham of Gregory S. Graham, P.C., and respectfully request unto the Court as follows:

1. Creditor, United Consumer Financial Services / Bass & Associates, filed a secured claim on or about August 1, 2016 in the amount of $1,535.48 with $327.00 as secured and the remainder unsecured), with this Court for a security interest in a 2013 Kirby Vacuum Cleaner. (Claim Number 10)

2. Sometime shortly after acquiring said Kirby Vacuum Cleaner, Debtor(s) surrendered said Kirby Vacuum Cleaner to the original creditor at the original creditor's request.

3. Said property is no longer in Debtor's possession.

4. Debtors' hereby object to Claim 10 filed by Claimant, United Consumer Financial Services / Bass & Associates, as being as secured claim.

WHEREFORE, the Debtor(s) prays the Court for the following relief:

(a) That this Court sustain Debtors' Objection to Claim 10; and

(b) Any such further and other relief that the Court feels to be equitable and reasonable.

**DATED**, this the 23rd day of August , 2016.

/s/ Gregory S. Graham
Gregory S. Graham, P.C.
P.O. Drawer 307
Childersburg, Alabama 35044
Phone: (256) 378-3161
Fax: (256) 378-3161
email: greg@grahamlegalservices.com

## CERTIFICATE OF SERVICE

I, Gregory S. Graham of Gregory S. Graham, P.C., hereby certifies I have filed this Objection to Claim as follows;

I hereby certify that I have served a copy of the above and foregoing by filing an document with the Clerk of this Court for immediate electronic service to the following;

Linda Baker Gore
ch13books@bellsouth.net, noticetrustee@ch13gadsden.com

United Consumer Financial Services / Bass & Associates
info@bass-associates.com

I hereby certify that I have served a copy of the above and foregoing by filing an document with the Clerk of this Court by placing a true and correct copy of same in the United States Mail, postage prepaid and properly addressed to the following:

Ricky E. Mitchum
Shirley R. Mitchum
330 Palmdale Lane
Sylacauga, Alabama 35150-8918

**DATED**, this the 23rd day of August, 2016.

/s/ Gregory S. Graham
Gregory S. Graham, P.C.
P.O. Drawer 307
Childersburg, Alabama 35044
Phone: (256) 378-3161
Fax: (256) 378-3161
email: greg@grahamlegalservices.com